

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00248-CV

ADAM LARGENT, Appellant

§ On Appeal from the 48th District Court

§ of Tarrant County (048-316092-20)

V.

§ December 10, 2020

CASSIUS CLASSIC CARS & EXOTICS, LLC, Appellee

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse and render a judgment of dismissal as to Cassius Classic Cars & Exotics, LLC's negligence claim. We affirm the trial court's judgment denying Adam Largent's special appearance in all other respects.

It is further ordered that Adam Largent shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
      Justice Wade Birdwell